UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLE MARIE BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | CASE NO. 2:26-cv-01997-JNW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY U.S. MARSHAL AND EXTENSION ON SERVICE |

This matter comes before the Court on pro se Plaintiff Danielle Marie Bennett's motion for service by the United States Marshal Service, Dkt. No. 9, and motion for an extension of time to serve Defendant Amazon.com Services LLC ("Amazon"), Dkt. No. 10. Bennett is proceeding in forma pauperis.

Federal Rule of Civil Procedure 4(c)(3) requires the Court to order marshal service when requested by a plaintiff proceeding in forma pauperis under 28 U.S.C. § 1915. As the Ninth Circuit explained in *Boudette v. Barnette*, 923 F.2d 754, 757 (9th Cir. 1991), "[a]n IFP plaintiff must request that the marshal serve his complaint before the marshal will be responsible for such service." Section 1915(d) reinforces this framework by directing that "[t]he officers of the court shall issue

and serve all process" in IFP cases. 28 U.S.C. § 1915(d). Bennett has requested service, so the Court GRANTS her motion.

But the Court will first attempt service through the more efficient waiver process under Rule 4(d). If Amazon fails to waive service, the Court will then direct marshal service as originally requested.

Bennett also requests the Court extend the deadline to serve through November 9, 2026. Dkt. No. 10. The Court must extend the 90-day service period upon a showing of good cause and, absent such a showing, retains broad discretion to dismiss the action or extend the period for service. Fed. R. Civ. P. 4(m). Here, the Court finds good cause to extend the service deadline and GRANTS Bennett's request to extend the service deadline until November 9, 2026.

The Court ORDERS as follows:

1. **Service by Clerk**. The Clerk is directed to send the following to Amazon through its registered agent, Corporation Service Company, by first class mail: (a) a copy of the complaint, (b) a copy of this Order, (c) two copies of the notice of lawsuit and request for waiver of service of summons, (d) two copies of the waiver form, and (e) a return envelope, postage prepaid, addressed to the Clerk's Office. The address for Corporation Service Company is <u>300 Deschutes Way SW Ste 208 MC-CSC1, Tumwater, WA 98501</u>.

2. **Response required**. Amazon will have THIRTY (30) days to return the enclosed waiver. A defendant who timely returns the signed waiver will have SIXTY (60) days after the date designated on the notice of lawsuit to

file and serve an answer to the complaint or a motion permitted under Federal Rule of Civil Procedure 12. A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may have to pay the full costs of such service. *See* Fed. R. Civ. P. 4(d)(2).

Dated this 4th day of September, 2026.

Jamal N. Whitehead
United States District Judge